UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

WANDA RENA CHRISTIAN, )
)
    Plaintiff, )
)
v. ) No. 2:13-CV-339
)
OWNERS INSURANCE COMPANY, )
)
    Defendant. )

We, the jury, unanimously answer the questions submitted by the Court as follows:

1. Did the Plaintiff Wanda Rena Christian breach her obligation to cooperate with the Defendant Owners Insurance Company in the investigation of the dwelling fire at 2600 Princeton Road, Kingsport, TN?

    Yes __X__

    No _____

If you answered Yes to Question 1, please answer Question 2 below.

If you answered No to Question 1, please have the Foreperson sign this Form on the line below and inform the Courtroom Deputy you have reached a verdict.

2. Did Plaintiff Wanda Rena Christian's breach of her obligation to cooperate substantially affect Defendant Owners Insurance Company's interests in conducting the investigation of the

dwelling fire at 2600 Princeton Road, Kingsport, TN?

Yes ✓

No _____

If you answered Yes to Question 2, please answer Question 3 below.

If you answered No to Question 2, please have the Foreperson sign this Form on the line below and inform the Courtroom Deputy you have reached a verdict.

3. Based upon your answer to Question 2 above, it is now presumed that Defendant Owners Insurance Company was prejudiced in its investigation of the dwelling fire at 2600 Princeton Road, Kingsport, TN.

Did the Plaintiff Wanda Rena Christian prove that Defendant Owners Insurance Company was not prejudiced in conducting the investigation of the dwelling fire at 2600 Princeton Road, Kingsport, TN?

Yes _____

No ✓

Please have the Foreperson sign this Form below and inform the Courtroom Deputy you have reached a verdict.

Foreperson: _____

Date: 8-3-2016