# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

| | |
|---|---|
| WANDA RENA CHRISTIAN <br> *Plaintiff* <br> v. <br> OWNERS INSURANCE COMPANY <br> *Defendant* | ) <br> ) <br> ) Civil Action No. 2:13-CV-339 <br> ) <br> ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

X the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* OWNERS INSURANCE COMPANY recover costs from the plaintiff *(name)* WANDA RENA CHRISTIAN .

☐ other: _____ .

This action was *(check one)*:

X tried by a jury with Judge J. Ronnie Greer, United States District Judge presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____ .

Date: Aug. 3, 2016

*CLERK OF COURT*

s/Kathy Hopson, Deputy Clerk
*Signature of Clerk or Deputy Clerk*